| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Raymond Richardson, §
§
    Plaintiff, §
§
versus §    Civil Action H-11-738
§
Wells Fargo Bank, N.A., §
§
    Defendant. §

## Recusal Order

1. I stand recused in this case.
2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on March 4, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge