IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAYMOND RICHARDSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, § § § § PLAINTIFF, § § V. § § WELLS FARGO BANK, N.A., § § DEFENDANT. § § | CIVIL ACTION NO. 4:11-CV-00738 COLLECTIVE ACTION (JURY DEMANDED) |

# ORDER

It is hereby ORDERED as follows:

Discovery on class certification motion issues shall be completed by **October 28, 2011**

Class Certification Motion due **November 11, 2011**

Defendant's Response due **December 12, 2011**

Pretrial conference set for **December 22, 2011 at 1:00 p.m.**

SIGNED this _____ day of _____, 2011, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge