# HEARING MINUTES AND ORDER

**Cause Number**:   11-cv-738

**Style**:  Raymond Richardson v. Wells Fargo Bank, N.A.

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Rhonda Willis/John Padilla | Plaintiff |
| Tim Watson/Steve Shardnowski | Defendant |

**Date**: December 12, 2012          **ERO**:  Yes
**Time**: 1:00 p.m. - 1:22 p.m.        **Interpreter:**

**At the hearing the Court made the following rulings**:

Motion hearing held.

Defendant's request for relief from mediation [Doc. # 66] is GRANTED in accordance with the record in open court.

Off the record Court gives parties discovery directives. Plaintiff to provide list that ESI requested by **December 18, 2012.** Defendant to respond to request and provide all Plaintiffs' emails by **December 31, 2012.** Plaintiffs to provide individual settlement demands on or before **January 15, 2013**.

**SIGNED** at Houston, Texas this 12th day of December, 2012.

_____
Nancy F. Atlas
United States District Judge