IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAYMOND RICHARDSON,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-11-0738 |
| WELLS FARGO BANK, N.A.,<br>    Defendant. | §<br>§<br>§ | |

### ORDER OF DISMISSAL

The Court has been notified by the parties that they have settled the disputed issues in this case.  The Court has reviewed the parties' settlement agreements and approves the terms to the extent required under the Fair Labor Standards Act [29 U.S.C. § 201, *et seq.*].  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, this **31st** day of **January, 2013.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2011\0738Dismissal.wpd